UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JASON BERNING, Derivatively on Behalf of Nominal Defendant PORTLAND GENERAL ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARIA POPE, JAMES LOBDELL, RODNEY L. BROWN, JR., JACK E. DAVIS, KIRBY A. DYESS, MARK B. GANZ, MARIE OH HUBER, KATHRYN J. JACKSON, MICHAEL H. MILLEGAN, NEIL J. NELSON, M. LEE PELTON, JOHN W. BALLANTINE, and CHARLES W. SHIVERY,<br><br>Defendants,<br><br>and<br><br>PORTLAND GENERAL ELECTRIC COMPANY,<br><br>Nominal Defendant. | Case No. 3:21-cv-00783 SI<br><br>**MOTION TO FILE UNDER SEAL VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT** |

Pursuant to Local Rule 5-2(e), plaintiff Jason Berning hereby moves the Court to issue an order authorizing the sealing of his Verified Stockholder Derivative Complaint (the "Complaint"). The Complaint contains and refers to confidential Portland General Electric Company board and investigatory materials that were produced to plaintiff subject to a confidentiality agreement requiring that any court filings referencing the confidential material be filed under seal.

The basis for plaintiff's administrative motion is set forth in the Declaration of Benjamin I. Sachs-Michaels submitted herewith. The Complaint proposed to be sealed and a proposed

1

676665.1

order granting plaintiff's motion and authorizing the sealing of the Complaint are submitted herewith.

Dated: 5/21, 2021

**RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP**
By: /s/ Jeffrey S. Ratliff 893422
Jeffrey S. Ratliff
5441 S. Macadam Avenue Suite 301
Portland, OR 97239
T: 503-226-3664
E-mail: rgmr1500@gmail.com
          jeffreysratliff@gmail.com


**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com
          prajesh@glancylaw.com

**THE PORTNOY LAW FIRM**
Lesley Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: 310-692-8883
E-mail: lesley@portnoylaw.com

*Counsel for Plaintiff Jason Berning*

676665.1